NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                                    Criminal Number  1:12-cr-00080-RBW

Biomet, Inc.
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

/s/ Guy D. Singer
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Guy Singer   DC Bar #975402
*(Attorney & Bar ID Number)*

Orrick, Herrington & Sutcliffe LLP
*(Firm Name)*

1152 15th Street NW
*(Street Address)*

Washington, D.C. 20005
*(City)        (State)        (Zip)*

202-339-8525
*(Telephone Number)*