**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Case No. 1:12-cr-00080 (RBW) |
| BIOMET, INC. | ) ) ) ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT

Biomet, Inc. ("Biomet"), by undersigned counsel, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b) to enlarge the deadline to file the Status Report, currently set for September 9, 2016, by forty-five (45) days, until October 24, 2016. Biomet has conferred with the government and the government consents to the requested enlargement of time. In support of this Motion, Biomet states the following:

1. Pursuant to the Court's Minute Order of June 9, 2016, a deadline of September 9, 2016 has been set for the government to file a Status Report in this case.

2. Biomet and the government are currently engaged in advanced settlement discussions. Biomet is committed to continuing to cooperate with the government and the parties are working in good faith towards the resolution of this matter.

3. The Court has not granted any previous extensions of time for the filing of this Status Report. The requested extension will not have any effect on any previously scheduled deadlines.

4.        Given the status of the ongoing discussions between the parties, Biomet requests a forty-five (45) day enlargement, until October 24, 2016, for the government to file the Status Report, by which time the parties anticipate that settlement negotiations will be concluded.

        Respectfully Submitted,

        /s/ Guy D. Singer
        Guy D. Singer (D.C. Bar No. 975402)
        Orrick, Herrington & Sutcliffe LLP
        1152 15th Street NW
        Washington, D.C. 20005
        202-339-8525
        *Attorney for Defendant Biomet, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September, 2016, I electronically filed the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT via the Court's CM/ECF system, which will automatically serve counsel of record.

/s/ Guy D. Singer
Guy D. Singer (D.C. Bar No. 975402)
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, D.C. 20005
202-339-8525
*Attorney for Defendant Biomet, Inc.*