**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Case No. 1:12-cr-00080 (RBW) |
| BIOMET, INC. | ) ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Biomet, Inc.'s Unopposed Motion for Enlargement of Time to File Status Report, it is this ___ day of September 2016, ORDERED that the Unopposed Motion for Enlargement of Time to File Status Report be and hereby is GRANTED; it is further ORDERED that the government shall file a further status report on or before October 24, 2016.

_____
Hon. Reggie B. Walton
United States District Judge

CC:  John Witherspoon Borchert
     U.S. Department of Justice
     Criminal Division
     1400 New York Avenue, NW
     Washington, DC 20005
     (202) 616-3108
     john.borchert@usdoj.gov

     Guy David Singer
     Orrick, Herrington & Sutcliffe LLP
     1152 15th Street, NW
     Washington, DC 20005
     (202) 339-8525
     gsinger@orrick.com