IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 1:12-cr-080 (RBW) |
| v. | |
| BIOMET, INC. | |

**STATUS REPORT**

The United States submits this Status Report in response to the Court's October 24, 2016 Order requiring the government to file an updated status report on or before December 8, 2016.

1. As the United States has previously informed the Court, on March 26, 2012, Biomet, Inc. ("Biomet"), entered into a Deferred Prosecution Agreement ("DPA") with the government. On April 15, 2016, the government notified Biomet that the government had determined that Biomet had breached the DPA. (Dkt. #7 at 1.) In a status report filed on June 6, 2016, the government informed the Court that "the government and Biomet have been in discussions to resolve this matter which would obviate the need for a trial. Those discussions are ongoing." (*Id.*)

2. Since the government's status report to the Court on June 6, 2016, Biomet has twice informed the Court that they were "engaged in advanced settlement discussions" with the government and requested additional time for those discussions to continue. (Dkt. #9 at 1-2; Dkt. #10 at 1-2.) The parties have made substantial progress in those discussions and expect to resolve this matter within approximately four weeks.

3. At this time, the government does not seek any hearings or any other relief.

          Respectfully submitted,

          ANDREW WEISSMANN
          U.S. DEPARTMENT OF JUSTICE
          CHIEF, FRAUD SECTION

          _____
          BY: s/John W. Borchert (DC No. 472824)
          Trial Attorney
          U.S. Department of Justice
          Criminal Division, Fraud Section
          1400 New York Avenue, NW
          Bond Building, 11th Floor
          Washington, D.C.  20530
          Telephone:   (202) 616-3108
          Facsimile: (202) 616-3511
          E-mail: John.Borchert@usdoj.gov

December 8, 2016

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2016, a copy of the foregoing was served by me upon counsel for the defendant:

| | |
|---|---|
| Ryan Rohlfsen, Esq. | Guy Singer, Esq. |
| Ropes & Gray | Orrick, Herrington & Sutcliffe LLP |
| 191 North Wacker Drive, 32nd Floor | 51 West 52nd Street |
| Chicago, Illinois  60606 | New York, New York  10019 |
| Ryan.Rohlfsen@ropesgray.com | gsinger@orrick.com |

/s/
John W. Borchert, Trial Attorney
U.S. Department of Justice

3