# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No: 1:12-cr-080 (RBW) |
| v. | **ORDER GRANTING JOINT MOTION FOR DEFFERED PROSECUTION CONTINUANCE AND TOLLING OF THE SPEEDY TRIAL ACT** |
| **ZIMMER BIOMET HOLDINGS, INC.** | |

The joint motion of the United States and defendant Zimmer Biomet Holdings, Inc. ("Zimmer Biomet") for a continuance pursuant to 18 U.S.C. § 3161(h)(2) is hereby granted. Pursuant to 18 U.S.C. § 3161(h)(2), and in light of the Deferred Prosecution Agreement ("DPA") between defendant Zimmer Biomet and the United States, as represented by the Fraud Section of the United States Department of Justice's Criminal Division, the prosecution and trial of the Information in this matter is hereby deferred until whichever of the following events occurs first:

1. The United States makes a final determination that Zimmer Biomet has made a willful, knowing and material breach of the DPA, as defined therein, and the United States elects, consistent with the DPA, to prosecute Zimmer Biomet on the Information, in which event the United States will request that this case be returned to the Court's calendar; or

2. In the sole reasonable discretion of the United States, the United States concludes that Zimmer Biomet is in full compliance with all of its obligations under the DPA, and the United States, within 30 calendar days after the expiration of the Term of the DPA, as defined in the DPA, files a motion with the Court seeking dismissal with prejudice of the Information.

The period of time outlined above shall be excluded in computing the time within which an indictment must be filed or the time within which the trial of any such offense must commence, pursuant to 18 U.S.C. § 3161(h)(2). Consequently, no time has elapsed under the Speedy Trial Act.

DATED: January 28, 2017

_____
HON. REGGIE B. WALTON
SENIOR UNITED STATES DISTRICT JUDGE