# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ZIMMER BIOMET HOLDINGS, INC., )<br>)<br>Defendant. ) | Criminal Case No. 12-80 (RBW) |

## ORDER

Upon consideration of the Government's Motion to Dismiss Superseding Information, and for good cause shown, it is hereby

**ORDERED** that the Government's Motion to Dismiss Superseding Information, ECF No. 24, is **GRANTED**. It is further

**ORDERED** that the Superseding Information, ECF No. 16, is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 9th day of February, 2021.

_____
REGGIE B. WALTON
United States District Judge